# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CRIMINAL NO. |
| MARGARITA VALOY, | ) | 12-00036-CB |
| Defendant. | ) | |

## ORDER

This matter is before the Court on a motion by the Defendant (Doc. 68) requesting that her term of supervised release be terminated. Having considered the Defendant's motion, it is hereby **ORDERED** that the request for early termination of Defendant's supervised release is due to be and hereby is **GRANTED** and Defendant's term of supervised release is due to be terminated immediately.

**DONE** this the 6th day of June, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**